IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv251

| | |
|---|---|
| **ANITA GADDY ALLEN,**  )  <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> ) <br> _____ | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Leave to File Motion for Summary Judgment and Memorandum in Support Thereof Out of Time [Doc. 11].

This Court's Scheduling Order set the due date for these at March 24, 2011. [Doc. 8]. Plaintiff has not only failed to meet that deadline, but her counsel has failed to realize it for seven additional days. Neither the excuse counsel offers in his motion [Doc. 11] nor the experience of his missing a deadline are new to this Court.

Repeatedly missing deadlines in this manner interferes with the efficient administration of this Court's business. This Court has, in other

matters, imposed a fine of $50 per day to correct consistent failures to comply with deadlines. In this instance, a fine imposed on this basis would amount to $350.00. However, in the Court's discretion, in the interest of encouraging compliance with the Court's deadlines and better practice on the part of counsel, that fine will be limited to $100.00. The fine is against counsel and not against the Plaintiff, and is not a finding of contempt. Counsel shall clearly understand that this Court's deadlines are not mere suggestions, and that future failures to meet deadlines will likely result in counsel's being assessed a fine of $50 per day.

As to the substance of Plaintiff's motion, it is granted, and her Motion for Summary Judgment and Memorandum in support thereof [Docs. 10 & 11] are accepted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion [Doc. 9] is allowed and her simultaneous filings are accepted.

**IT IS FURTHER ORDERED** that Plaintiff's counsel, Stanford K. Clontz, is assessed a fine of $100.00, payable to the Clerk of this Court, and to be paid on or before April 15, 2011.

Signed: April 4, 2011

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge